UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

H.J., by and through her Parents and
Natural Guardians, A.J. and M.N.,

Court File No. 14-CV-04182 (JRT/HB)

Plaintiffs,

v.

**MOTION FOR SUMMARY JUDGMENT**

Marshall Public Schools,
ISD No. 413,

Defendant.

---

**TO:    Plaintiffs above-named and their attorney Margaret O'Sullivan Kane, Kane Education Law, LLC, The University Club, 420 Summit Avenue, Suite 306, Saint Paul, MN 55102.**

**PLEASE TAKE NOTICE** that at a date and time to be determined by the Court, Defendant Marshall Public Schools, ISD No. 413 will bring the following motion before the Honorable John R. Tunheim at the United States District Court of Minnesota, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Section 504 of the Rehabilitation Act, the Americans with Disabilities Act, the Minnesota Human Rights Act and controlling case law, the undersigned moves the Court for an Order dismissing all claims against said Defendant on the basis that there are no genuine issues as to any material facts, and that said Defendant is entitled to judgment as a matter of law.

Said Motion is based upon the attached Memorandum of Law, Affidavit of Jackie Budden, Affidavit of Jeremy Williams, Affidavit of Nancy E. Blumstein, all attachments

and exhibits thereto, and all of the files, records, and proceedings herein.

Respectfully submitted,

**RATWIK, ROSZAK & MALONEY, P.A.**

Dated: October 30, 2015          By: /s/Nancy E. Blumstein

                                              Nancy E. Blumstein
        Attorney Reg. No. 227638
        Christian R. Shafer
        Attorney Reg. No. 387947
        Ashley R. Geisendorfer
        Attorney Reg. No. 393109
        730 Second Avenue S, Suite 300
        Minneapolis, MN 55402
        Telephone: (612) 339-0060
        Fax: (612) 339-0038
        neb@ratwiklaw.com
        crs@ratwiklaw.com
        age@ratwiklaw.com

        **ATTORNEYS FOR MARSHALL PUBLIC SCHOOLS, ISD NO. 413**

RRM:      217409