# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| H.J. by and through her Parents and Natural Guardians, A.J. and M.N., | COURT MINUTES – CIVIL<br>BEFORE: HILDY BOWBEER<br>U.S. MAGISTRATE JUDGE |
| Plaintiffs, | Case No: 14-cv-4182 (JRT/HB) |
| v. | Date: November 20, 2015 |
| | Courthouse: Saint Paul |
| Marshall Public Schools, ISD No. 413, | Courtroom: Courtroom 6B |
| | Recording: AUDIO (8:42-9:07 PM) |
| Defendant. | Time Commenced: 9:08 AM |
| | Time Concluded: 9:08 PM |
| | Time in Court: 12 Hours & 0 Minutes<br>(6 hours in each case) |
| Independent School District No. 412, Marshall, | Case No. 14-cv-2114 (JRT/HB) |
| Plaintiff, | |
| v. | |
| H.M.J., by and through her Parents, A.J. and M.N., | |
| Defendants. | |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Margaret O'Sullivan Kane

    Defendant:    Nancy Blumstein, Christian Schafer

**PROCEEDINGS:**

    ✔    Settlement reached. Terms stated on the record.

           Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

    ☐    No settlement reached.

**Other Remarks:**

Plaintiffs A.J. and M.N. were present. Jeff Chapman (School Board Chair), Scott Monson (Superintendent), and Jackie Budden (Assistant Special Education Director) appeared for defendant.

The parties reached an agreement to settle both matters in principle, subject to the approval of the full School Board. The parties should bring any dispute about terms of the settlement to the Court for resolution.

s/ *Judith M. Kirby*
Courtroom Deputy
